# Exhibit 1

# United States of America
### United States Patent and Trademark Office

# POPPY PLAYTIME

**Reg. No. 7,157,530**  
**Registered Sep. 05, 2023**  
**Int. Cl.: 25, 41**  
**Service Mark**  
**Trademark**  
**Principal Register**

MOB ENTERTAINMENT, INC. (MISSOURI CORPORATION)  
720 OLIVE STREET  
SAINT LOUIS, MISSOURI 63101

CLASS 25: Sweatshirts; graphic T-shirts; hooded sweatshirts; long-sleeved shirts; short-sleeved shirts; sweat shirts; T-shirts

FIRST USE 10-12-2021; IN COMMERCE 10-12-2021

CLASS 41: Providing on-line computer games; entertainment services, namely, providing on-line computer games

FIRST USE 10-12-2021; IN COMMERCE 10-12-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-975,109, FILED 01-13-2022



**Director of the United States**  
**Patent and Trademark Office**



# United States of America
### United States Patent and Trademark Office

# BOXY BOO

**Reg. No. 7,392,878**
**Registered May 21, 2024**
**Int. Cl.: 25, 28**
**Trademark**
**Principal Register**

Mob Entertainment, Inc. (MISSOURI CORPORATION)
720 Olive St., Suite 2400
Saint Louis, MISSOURI 63103

CLASS 25: Hoodies; Hooded sweatshirts; T-shirts; Graphic T-shirts; Long-sleeved shirts; Short-sleeved or long-sleeved t-shirts; Short-sleeved shirts

FIRST USE 11-16-2023; IN COMMERCE 11-16-2023

CLASS 28: Plush toys; Stuffed and plush toys

FIRST USE 7-1-2023; IN COMMERCE 7-1-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-585,622, FILED 09-09-2022

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



# United States of America
### United States Patent and Trademark Office

# MOMMY LONG LEGS

**Reg. No. 7,523,931**  
**Registered Oct. 01, 2024**  
**Int. Cl.: 28**  
**Trademark**  
**Principal Register**

MOB ENTERTAINMENT, INC (MISSOURI CORPORATION)  
720 OLIVE ST.  
ST. LOUIS, MISSOURI 63101

CLASS 28: Plush toys; Stuffed and plush toys

FIRST USE 6-30-2023; IN COMMERCE 6-30-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-302,854, FILED 03-09-2022

*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**

